AO 94 (Rev. 06/09) Commitment to Another District

FILED

# UNITED STATES DISTRICT COURT
for the

Northern District of California

AUG 15 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:14-mj-71104 MAG |
| Aishah Jamilah Jones | ) |
| | ) Charging District's |
| *Defendant* | ) Case No. 2:10-CR-0423 KJM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Eastern____ District of ____California____,
*(if applicable)* ____Sacramento____ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ____08/15/2014____

_____
*Judge's signature*

____Nathanael Cousins, United States Magistrate Judge____
*Printed name and title*